1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   WILLIAM GOINGS
6

                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,      ) CR.S. 11-00329-KJN
                                  )
10              Plaintiff,        )
                                  ) **APPLICATION AND ORDER FOR**
11       v.                       ) **TRANSPORTATION AND SUBSISTENCE**
                                  ) **PURSUANT TO 18 U.S.C. § 4285**
12  WILLIAM GOINGS,               )
                                  ) Judge: Hon. Edmund F. Brennan
13              Defendant.        )
                                  )
14  _____)

15       Defendant William Goings hereby requests an order for

16  transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

17       Mr. Goings is ordered to appear in court on November 9, 2011 at 1:30

18  p.m. at 400 E 9th Street, Kansas City, Missouri before Magistrate Judge

19  Robert E. Larson.  Mr. Goings is unable to afford his own transportation

20  from Sacramento, California to Kansas City, Missouri.  It may be

21  necessary for Mr. Goings to depart prior to November 9, 2011 to timely

22  make this appearance.  Mr. Goings will also need return transportation to

23  his residence on or after November 9, 2011.

24  DATED: October 25, 2011          Respectfully submitted,

25                                   DANIEL J. BRODERICK
                                     Federal Defender
26

27                                   /s/ Benjamin D. Galloway
                                     _____
28                                   BENJAMIN D. GALLOWAY
                                     Attorney for Defendant

1                          IN THE UNITED STATES DISTRICT COURT

2                        FOR THE EASTERN DISTRICT OF CALIFORNIA

3
UNITED STATES OF AMERICA,        )        CR.S. 11-00329-KJN
4                                )
                    Plaintiff,   )
5                                )        **ORDER FOR TRANSPORTATION AND**
        v.                       )        **SUBSISTENCE**
6                                )
WILLIAM GOINGS,                  )
7                                )
                    Defendant.   )
8                                )
_____)
9

10  TO:  UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

11        This is to authorize and direct you to furnish the above named

12  defendant, William Goings, with transportation and subsistence expenses

13  for travel from Sacramento, California to Kansas City, Missouri to

14  timely make his appearance on November 9, 2011 at 1:30 p.m. at 400 E

15  9th Street, Kansas City, Missouri before Magistrate Judge Robert E.

16  Larson.  Mr. Goings will also need return transportation to his

17  residence on or after November 9, 2011.  The United States Marshal must

18  furnish Mr. Goings with money for subsistence expenses to and from his

19  destination, not to exceed the amount authorized as a per diem

20  allowance for travel under section 5702(a) of Title 5, United States

21  Code.  This order is authorized pursuant to 18 U.S.C. §4285.

22  **IT IS SO ORDERED.**

23  Dated:  October 25, 2011.

24                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
25

26

27

28

                                        2